UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN BUNIFF** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-1779** |
| **BURL CAIN, WARDEN**<br>**LOUISIANA STATE PENITENTIARY** | **SECTION: "B"** |

### ORDER AND REASONS

Considering the Magistrate Judge's original and supplemental Report(s) and Recommendation(s), petitioner's objections to same, applicable law and the record, **IT IS ORDERED** that:

(1) Petitioner's Objections, Record Document Nos. 13 and 16, are overruled, finding the instant habeas petition was untimely filed;

(2) The Magistrate Judge's Reports and Recommendations, Record Document Nos. 12 and 15, are factually and legally correct and adopted as the opinion of the Court, dismissing the captioned matter as untimely filed.

New Orleans, Louisiana, this 15th day of December, 2008.

UNITED STATES DISTRICT JUDGE